(Argued May 21, 1935; decided June 4, 1935.)

*Robert C. Winchell* for appellant.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order of the Appellate Division and award of the State Industrial Board reversed and claim dismissed, with costs in all courts. There is no evidence to sustain the finding of accidental death growing out of the employment. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.